# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2010

140736-7

JODY MAY, CO-CONSERVATOR,
DON EDDY, CO-CONSERVATOR, of
JOSHUA EDDY, a minor,
      Plaintiffs-Appellants,

v

TITAN INSURANCE COMPANY,
      Defendant/Third-Party
      Plaintiff-Appellee,

v

AMERICAN FELLOWSHIP MUTUAL
INSURANCE COMPANY,
      Third-Party Defendant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140736-7
COA: 287250; 287252
Oakland CC: 2003-049855-NF

On order of the Court, the application for leave to appeal the January 28, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010 _____

_____
Clerk

p0908